*Law Offices of*
*Michael G. Dowd*

MICHAEL G. DOWD

NIALL MACGIOLLABHUÍ*
*ADMITTED AS SOLICITOR,
REPUBLIC OF IRELAND

425 PARK AVENUE, 26TH FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE (212) 751-1640 FAX (212) 872-1777
www.mgdowdlaw.com

May 1, 2011

Honorable Robert P. Patterson
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States v. Terence Buckley**
      **09-Cr-732**

Dear Judge Patterson:

      This letter is respectfully submitted to the Court on behalf of the defendant, Mr. Terence Buckley, in anticipation of his sentencing, scheduled for May 3, 2011. (Attached hereto is also a letter to the Court from his wife, Mrs. Orla Buckley.)

      The Sentencing Memorandum submitted by the government describes the pervasive culture of corruption within the Carpenter Union and the circumstances of Mr. Buckley's offenses as a union contractor subject to that corruption. It also details at length what is variously characterized as the immense, outstanding and essential assistance that Mr. Buckley rendered in the investigation and prosecution of corrupt union officials and the sweeping institutional reform of the Carpenters Union that followed. This assistance was given voluntarily, even though Mr. Buckley was beyond the reach of U.S. authorities in Ireland, and in spite of grave concerns for his own safety and that of his family, because of Mr. Buckley's conviction that the full truth needed to be told about the manner in which corruption was enabled by the Carpenters Union.

      In light of this assistance, along with the sentencing factors enumerated in 18 U.S.C. § 3553(a)(6), the recommendation of the Presentence Investigation report is that Mr. Buckley receive a sentence of time served. This is the same sentence that Mr. James Murray received earlier this month in the case of <u>US v. Murray</u>, 06-Cr-443 (KMW). Mr. Murray was a union contractor who provided assistance to the government in almost identical circumstances to Mr. Buckley, except that he had operated on a much larger scale than Mr.

Honorable Robert P. Patterson
United States District Court
May 1, 2011
Page 2 of 2

Buckley and his cooperation was after criminal charges were filed against him. The Sentencing Guidelines range in Mr. Murray's case, before his assistance was taken into account, was 87-108 months, more than double the range in this case. Thus, it is respectfully requested – in accordance with the recommendation of Probation Department and to avoid unwarranted sentencing disparity with Mr. Murray – that this Court impose a sentence of time served upon Mr. Buckley.

Respectfully,

Michael G. Dowd

cc:   Lisa Zornberg, Esq.
      Kisha C. Singleton, Probation Officer