May 1st 2011

Dear Judge Patterson,

My name is Orla Buckley. I am writing on behalf of my husband Terence, who is due to be sentenced on Tuesday.

I met Terence in New York and we lived there until 2004, when we moved home to Ireland. We have four children: Shaun, who is 17, Rachael who is 12, Rebecca, who is 10, and Tiernan, who is 5 and in his first year of school.

For a long time after we moved home, Terence did not tell me about what was going on because he didn't want to worry me. He knows that I panic easily and have problems coping with stress. However, I noticed Terence himself was often stressed and unable to sleep at night. I understood that something important was happening when he travelled to New York about eighteen months ago. This trip made him very anxious. When I asked him later about what he was doing, he told me that he needed to tell the truth, and if he did, hopefully things would work out fine.

I have tried to put all of this to the back of my mind and act as normally as possible for the children's sake. However, as the sentencing date approaches, I am very frightened about what might

happen. I would be absolutely devastated if Terence went to jail. Since we met, we have never been apart from one another. I don't know how I would be able to manage on my own. Terence has always taken care of our finances while I have been a full-time mother. Nobody other than us is aware of his situation. I am terrified by the prospect of explaining to my family and particularly the kids why their daddy is not coming home. I am extremely worried about the effect this would have on them and the heavy burden of responsibility that would fall on Shaun.

I just hope and pray that after Tuesday Terence will be able to come back home to us.

Yours Sincerely
Orla Buckley