UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,  :
:
 - v.- :
: 09 Cr. 732 (RPP)
TERENCE BUCKLEY, :
:
           Defendant. :
------------------------------------------------------------x

## RESTITUTION ORDER

It is hereby ORDERED that as a result of his conviction on Count One of the above-referenced Information, defendant Terence Buckley is adjudged liable (i) for restitution in the amount of $1,524,381.42 to the District Council of Carpenters Benefit Funds ("the Funds"), 395 Hudson Street, New York, New York, 10014-7450, Attention: Executive Director, and (ii) for restitution in the amount of $10,857.30 to the Promotional Fund, which shall payable to the Promotional Fund, at the same address as the Funds.  Buckley shall be jointly and severally liable for these losses with defendants Michael Forde, John Greaney, and Brian Hayes in United States v. Forde, S6 08 Cr. 828 (VM).

So Ordered:

_____
Hon. Robert P. Patterson

Executed on: May _3_, 2011
New York, New York

```
USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/11
```